granted. *Messrs. Charles H. Houston* and *William L. Huston* for petitioner. *Mr. Mac Q. Williamson* for respondent.

No. 751. MOBLEY *v.* NEW YORK LIFE INSURANCE Co. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Sidney C. Mize* for petitioner. *Messrs. Louis H. Cooke, Wm. H. Watkins,* and *P. H. Eager, Jr.,* for respondent.

No. 632. RYAN ET AL. *v.* NORDBYE, JUDGE. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. James Ryan* and *Frank McKee, pro se.* No appearance for respondent.

No. 555. NEEDHAM *v.* UNITED STATES. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leslie A. Needham, pro se. Solicitor General Biggs* and *Mr. Harry S. Ridgely* for the United States.

No. 564. NORTHERN TRUST Co., ADMINISTRATOR, *v.* WOODSON, ALIEN PROPERTY CUSTODIAN, ET AL. January 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Aubrey B. Fennell* for petitioner. *Solicitor*